**DISMISS; and Opinion Filed July 7, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00058-CV

**DAVID RILEY, Appellant**
**V.**
**MAHESH GEHANI, ABC OPTIMAL PROPERTIES LLC, Appellees**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-06712-C**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Brown
Opinion by Justice Brown

The clerk's record in this case is past due. By letter dated March 26, 2014, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation he had been found entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, the clerk's record has not been filed, and appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Ada Brown/
ADA BROWN
JUSTICE

140058F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DAVID RILEY, Appellant

No. 05-14-00058-CV      V.

MAHESH GEHANI, ABC OPTIMAL
PROPERTIES LLC, Appellees

On Appeal from the County Court at Law
No. 3, Dallas County, Texas
Trial Court Cause No. CC-13-06712-C.
Opinion delivered by Justice Brown. Chief
Justice Wright and Justice Lang-Miers
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee MAHESH GEHANI, ABC OPTIMAL PROPERTIES
LLC recover their costs of this appeal from appellant DAVID RILEY.

Judgment entered this 7th day of July, 2014.